THOMPSON-STARRETT COMPANY, Respondent, v. THREE HUNDRED PARK AVENUE, INC., Appellant, Impleaded with Others.— Motion for stay denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BENJAMIN KLINGER v. HERMAN RESSLER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS RYMOSHOVSKY v. ALFRED A. TAYLOR, as Commissioner, etc.— Preference granted for January 8, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLARENCE W. BARRON v. WALTER H. KNAPP and Others, Appellants. THE CITY OF NEW YORK, Intervenor, Appellant.— Preference granted for January 8, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHNSON & CAREY COMPANY v. WILLIAM F. CAREY.— Motion granted and argument of appeal adjourned for ten days after serving and filing of substituted brief. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LIPPE-STOESSEL TRUCKING COMPANY, INC., Respondent, v. LION BREWERY OF NEW YORK CITY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY M. WINITSKY, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

OWEN S. M. TIERNEY, as Trustee in Bankruptcy of Estate of LEXINGTON LEATHER GOODS CO., INC., Bankrupt, Respondent, v. J. C. DOWD & CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

HARRIET CORTLANG, Respondent, v. CHARLES R. O'CONNOR and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

SUSQUEHANNA SILK MILLS, Respondent, v. SEYMOUR ABRAMS, Doing Business as the STANDARD COSTUME COMPANY, Appellant.— Judgment modified by reducing the amount as entered to the sum of $6,049.59, and as so modified affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

MINNIE WEISS, as Administratrix, etc., of LEOPOLD WEISS, Deceased, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

HERMAN SLOMIN, an Infant, by JACOB SLOMIN, His Guardian ad Litem, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Merrell, J., dissenting.